Austin AGNEW and E. G. Parsly, as a Common Stockholders' Committee, Interveners, Appellants, v. E. McLain WATTERS, Arthur Peck, and Pierce Archer, Jr., Debentureholders' Protective Committee, Acting under Agreement of Deposit Dated January 28, 1932, of Holders of Debentures of Hamilton Gas Company, a Corporation, et al., Appellees.

No. 4285.

Circuit Court of Appeals, Fourth Circuit.

Jan. 5, 1938.

William M. Chadbourne, of New York City, Price, Smith & Spilman, of Charleston, W. Va., and Albert L. Cox, of Washington, D. C., in support of petition for appeal.

Stanley C. Morris, of Charleston, W. Va., in opposition thereto.

PER CURIAM.

Appeal denied. Order filed.

AMERICAN FIDELITY & CASUALTY COMPANY, a Corporation, Appellant, v. Kate GARDNER, Lola Garrison, A. E. Carter, W. L. Edge, Trading and Doing Business as Mars Hill Bus Line, and Howell Carter, Appellees.

No. 4308.

Circuit Court of Appeals, Fourth Circuit.

Feb. 25, 1938.

William J. Cocke, Jr., of Asheville, N. C., for appellant.

T. A. Uzzell, Jr., Thos. L. Johnson, Don C. Young, and Sale, Pennell & Pennell, all of Asheville, N. C., for appellees.

PER CURIAM.

Case dismissed under rule 20 in accordance with agreement of counsel.

ARMOUR & CO. and A. W. Capel, Appellants, v. R. P. NIVENS, Appellee.

No. 4317.

Circuit Court of Appeals, Fourth Circuit.

March 15, 1938.

John S. Cansler, of Charlotte, N. C., for appellants.

Carswell & Ervin, of Charlotte, N. C., for appellee.

PER CURIAM.

Case dismissed under rule 20 in accordance with agreement of counsel.